DONALD CLOYCE WAGDA (CA SBN 257254)
547 Blackhawk Club Drive
Danville, California  94506
Telephone:  (650) 644-7151
donald@wagdalaw.com

*Pro Se* Plaintiff and *Qui Tam* Relator

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DONALD CLOYCE WAGDA, <br><br>Plaintiff, <br><br>vs. <br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation, and <br><br>STATE FARM FIRE AND CASUALTY COMPANY, a corporation, and <br><br>STATE FARM GENERAL INSURANCE COMPANY, a corporation, and <br><br>STATE FARM LLOYDS, INC., a corporation, and <br><br>DOES 1-100, jointly and severally, <br><br>Defendants. | Case No. 2:19-cv-1090-WBS-KJN <br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |

PLEASE TAKE NOTICE:

Pursuant to F.R.Civ.P. 41(a), this Action is dismissed by the Plaintiff, without prejudice, in its entirety.  No opposing party has been served with the Complaint; thus, none has filed an answer or a motion for summary judgment.  The United States has declined to intervene in this Action (ECF 20), and is expected to file separately its written consent to this dismissal in accordance with the Order Re Notice

1  of the United States of Election to Decline Intervention (ECF 21).

2   Dated:  December 23, 2021

                                                    /s/ Donald Cloyce Wagda
                                                    Plaintiff/Relator