PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
Office of the United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2826
Facsimile: (916) 554-2900

BRIAN BOYNTON
Acting Assistant Attorney General
JAMIE ANN YAVELBERG
SARA McLEAN
WILLIAM C. EDGAR
Attorneys, Civil Division
United States Department of Justice
175 N Street NE, Room 9.121
Washington, DC 20002
Telephone: (202) 307-0256
Facsimile: (202) 307-3852
Email: William.Edgar@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DONALD CLOYCE WAGDA,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM GENERAL INSURANCE COMPANY, STATE FARM LLOYDS, INC., and DOES 1-100,<br><br>Defendants. | CASE NO. 2:19-cv-1090 WBS KJN<br><br>THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the

Court that the Attorney General consents to the dismissal of the False Claims Act allegations in this

action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

Dated:  December 29, 2021

PHILLIP A. TALBERT
United States Attorney

*/s/ Colleen M. Kennedy*
COLLEEN M. KENNEDY
Assistant United States Attorney