DONALD CLOYCE WAGDA (CA SBN 257254)
547 Blackhawk Club Drive
Danville, California  94506
Telephone:  (650) 644-7151
donald@wagdalaw.com

*Pro Se* Plaintiff and *Qui Tam* Relator

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DONALD CLOYCE WAGDA, Plaintiff, vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation, and STATE FARM FIRE AND CASUALTY COMPANY, a corporation, and STATE FARM GENERAL INSURANCE COMPANY, a corporation, and STATE FARM LLOYDS, INC., a corporation, and DOES 1-100, jointly and severally, Defendants. | Case No. 2:19-cv-1090-WBS-KJN **ORDER RE PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |

Having reviewed Plaintiff's Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) and the other files and records in this case, and the United States having no objection, it is hereby ORDERED that this Action is dismissed, without prejudice, in its entirety.

Dated:  December 30, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE